UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMAR SERON RANDALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:15-CV-149-D |
| ) | |
| CLOUD & WILLIAMS, PLLC and ) | |
| CORY A. WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES this action for lack of subject-matter jurisdiction. The clerk shall close the case.

**This Judgment Filed and Entered on June 24, 2015, and Copies To:**
Jamar Seron Randall            (via US Mail, 26011-058, Butner Medium II- F.C.I.,
                               P.O. Box 1500, Butner, NC 27509)


DATE                           **JULIE RICHARDS JOHNSTON, CLERK**
June 24, 2015                  By:   /s/ Courtney O'Brien
                                     Deputy Clerk